UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> YANDY ENTERPRISES, LLC, <br><br> Defendant. | Case No. CV 22-6248-DMG (SKx) <br><br> **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [25]** |

Upon stipulation by Plaintiff Backgrid USA, Inc. ("Backgrid"), and Defendant Yandy Enterprises LLC ("Yandy") requesting that Backgrid's claims against Yandy be dismissed with prejudice, and for good cause shown:

**IT IS HEREBY ORDERED** that all claims against Yandy are dismissed, with prejudice, in the above-captioned action. Each party shall bear its own attorneys' fees and costs.

DATED: February 16, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE